# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BUMPHUS, | Case No. CV 04-6029 VBF(JC) |
| Petitioner, | |
| v. | JUDGMENT |
| DERRAL G. ADAMS, | |
| Respondent. | |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody is denied and this action is dismissed with prejudice.

DATED: October 7, 2008

*Valerie Baker Fairbank*
HONORABLE VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE